UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

TONY LUCIBELLO,

    Plaintiff,

v.                                                   Case No. 2:08-cv-694-FtM-36DNF

THE V WATERFRONT, LLC, a Florida
limited liability company, d/b/a
Vincenzo's on the Bay,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge Douglas N. Frazier on July 6, 2010 (Doc. 43), recommending that the Court enter a default against Defendant The V Waterfront, LLC for its failure to comply with a Court Order (Doc. 40), which required it to retain counsel. Defendant The V Waterfront, LLC has not filed an objection to the Report and Recommendation, and the time for doing so has passed.

After carefully considering the record, including the Plaintiff's Complaint (Doc. 1), the Court's Order of May 4, 2010 requiring Defendant to retain new counsel (Doc. 40), Plaintiff's Motion for Default (Doc. 41), and Magistrate Judge Frazier's Report and Recommendation (Doc. 43), and undertaking a *de novo* review of the legal determinations recommended therein, the Court concludes that Magistrate Judge Frazier's Report and Recommendation should be confirmed and adopted.

Accordingly, it is now **ORDERED** and **ADJUDGED**:

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 43) is **ADOPTED,**

**CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Plaintiff's Motion to Enter Default (Doc. 41) is GRANTED.

3. The Clerk is hereby directed to enter a default against Defendant The V Waterfront, LLC.

**DONE AND ORDERED** at Ft. Myers, Florida, on July 23, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Douglas N. Frazier
Counsel of Record and Unrepresented Party